IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GARY CHARLES SUKOWATEY and
NANCY SUKOWATEY,

    Plaintiffs,

v.

ST. CROIX COUNTY, ST. CROIX OFFICE
OF CORPORATION COUNSEL, SCOTT COX,
HEATHER WOLSKE, ST. CROIX COUNTY
DEPARTMENT OF COMMUNITY
DEVELOPMENT, KEVIN GRABAU, SARAH
BORRELL, LARS LOBERG, LOBERG LAW,
BRAND BUGGY, LLC d/b/a GENESIS
RECYCLING, SOMERSET AUTO, NIKE
STORAGE, TOM ELBERT III and TOM
ELBERT JR.,

    Defendants.

Case No.  19-cv-764-wmc

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 1/5/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |